UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-36954 |
|---|---|
| DANIEL MARK GILTON | (Chapter 13) |
| LISA ANN GILTON | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077782**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 13 | MARILYN BERNHARDT<br>2362 CLOVER CREST DRIVE<br>CINCINNATI, OH  45239 | 35.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service       05-36954

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| DANIEL MARK GILTON<br>LISA ANN GILTON<br>7909 ACORN TRAIL<br>MAINEVILLE, OH  45039 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (32.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 |
| (13.1)<br>MARILYN BERNHARDT<br>2362 CLOVER CREST DRIVE<br>CINCINNATI, OH  45239 | (29.1n)<br>SAXON MORTGAGE SERVICES INC<br>1270 NORTHLAND DRIVE SUITE 200<br>MENDOTA HEIGHTS, MN  55120 | (31.1n)<br>SCOTT P CIUPAK<br>4500 COURTHOUSE BLVD<br>SUITE 400<br>STOW, OH  44224 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv